

FILED
SCRANTON

JUN 2 2 2001

PER _____
DEPUTY CLERK



# CERTIFICATE OF SERVICE

## 1: CV01-1119

I, PHARAOH O. NKOSI #11388-045 _____, hereby certify, under the penalty of

perjury, that I have mailed a true copy of the foregoing document(s) to those

listed below at the address listed with the proper amount of first class post-

age prepaid by placing same in the institutional legal mailbox at the United

States Penitentiary at Lewisburg, Pennsylvania this _21_ day of

_____June_____, _2001_

This same day I have mailed in the same way an original and ___ copies of

the foregoing documents(s) to the Clerk of the Court.

3- COPIES TO THE CLERK OF COURTS FOR THE UNITED STATES,
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

1-U.S. ATTORNEY FOR THE MIDDLE DISTRICT OF PENNSYLVANIA  SCRANTON 8 WILLIAM J.
NEALON SCRANTON BUILDING AND U.S. COURTHOUSE, 235 N. WASHINGTON
AVE. P.O. BOX 309, SCRANTON, PA 18501-0309