IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | <u>Garries v. Romine, et al.</u> | : CIVIL NO. 1:CV-01-1119 |
| Inmate: | Brian K. Garries, a.k.a. Pharaoh O. Nkosi | : FILED SCRANTON |
| | | : JUN 2 7 2001 |
| ID Number: | 11388-045 | : PER _____ DEPUTY CLERK |

## ADMINISTRATIVE ORDER (HABEAS CORPUS CASE)

The habeas corpus petition filed by the individual identified above has been received without a filing fee or a motion to proceed <u>in forma pauperis</u>. This action may not proceed unless the petitioner, within thirty (30) days of the date of this order, either:

(1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00; or

(2) files a properly completed application to proceed <u>in forma pauperis</u>.

A form application to proceed <u>in forma pauperis</u> is enclosed.

Failure to comply with the terms of this order within thirty (30) days will cause this case to be dismissed without prejudice.

MARY E. D'ANDREA
Clerk of Court

By: _____
Deputy Clerk

DATE: June 27, 2001