⑤
7-11-01
dm

```
Wed Jul 11 11:27:53 2001

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.    333 84358
Cashier           rich

Tender Type   MONEY ORDER

M.O. Number: 03364104025

Transaction Type   N

DO Code    Div No    Acct
4667         3       086900

Amount              $   5.00

BRIAN K. GARRIES   P.O. BOX 1000
LEWISBURG, PA  17837

       FILING FEE PER 6/27/01 ORDER IN CV-1
0-1119


cn
Wed Jul 11 11:27:53 2001

M. O. No. 03364104025
Amount$    5.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

1:01CV1119

FILED
SCRANTON
JUL 11 2001
PER ___dm___
     DEPUTY CLERK