*See Attached*

⑥
7/23/01
*sc*

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN K. GARRIES, a/k/a,          :
Pharaoh O. Nkosi                  :
         Petitioner              :      CIVIL NO. 1:CV-01-1119
                                  :
    v.                            :      (Judge Kane)
                                  :
DONALD ROMINE, Warden,            :
                                  :
         Respondent              :

**FILED**
HARRISBURG, PA

JUL 1 8 2001

MARY E. D'ANDREA, CLERK
Per_____
              Deputy Clerk

<u>O R D E R</u>

NOW, THIS 17th DAY OF JULY, 2001, IT IS HEREBY ORDERED THAT:

1.    The Clerk of Court is directed to serve a copy
      of the above-captioned petition for writ of
      habeas corpus on Respondent and the United States
      Attorney.

2.    Within twenty (20) days of the date of this
      order, Respondent shall respond to the
      allegations in the petition.

3.    A determination whether Petitioner should be
      produced for a hearing will be held in abeyance
      pending submission of a response.

4.    Petitioner shall, if he so desires, file a reply
      to the response within fifteen (15) days of its

filing.

_____
YVETTE KANE
United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 19, 2001

Re:  1:01-cv-01119    Garries v. Romine

True and correct copies of the attached
to the following:

      Brian K. Garries
      USP-LEW
      U.S. Penitentiary at Lewisburg
      #11388-045
      P.O. Box 1000
      Lewisburg, PA  17837

cc:
Judge                          ( ✓ )
Magistrate Judge               ( )
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                             U.S. Marshal ( )  Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( ✓ )  with Petition attached & mailed certified mail
                             to: US Atty Gen   ( ✓ )  PA Atty Gen ( ✓ )
                                 DA of County ( )  Respondents ( ✓ )

Bankruptcy Court               ( )
Other_____           ( )

                              MARY E. D'ANDREA, Cle

DATE:  _7-19-01_                          BY: _____
                                      Deputy Clerk

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (To be completed by mailer)
John Ashcroft Atty General
Street, Apt. No.; or PO Box No.
10th + Constitution Ave.
City, State, ZIP+4
Washington DC, 20530
PS Form 3800, February 2000    See Reverse for Instruc

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Martin Carlson
Street, Apt. No.; or PO Box No.
PO Box 11754
City, State, ZIP+4
HBG PA 17108
PS Form 3800, February 2000    See Reverse for Instruc

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Donald Romine
Street, Apt. No.; or PO Box No.
PO Box 1000
City, State, ZIP+4
Lewisburg PA 17837
PS Form 3800, February 2000    See Reverse for Instruc