SCANNING

(9)
B6
7-25-0

Mon Jul 2 11:35:18 2001

UNITED STATES DISTRICT COURT

SCRANTON     , PA

Receipt No.   333 84246
Cashier       tanya

Tender Type CHECK

Check Number: 2221 58357211

Transaction Type  N

DØ Code    Div No    Acct
4667       3         086900

Amount        $     5.00

PHARAØH NKØSI 11388045 C/Ø US TREASU
RY DEPT ØF JUSTICE

NEW H/C PETITIØN

cn

Mon Jul 2 11:35:18 2001

Check No. 2221 58357211
Amount$    5.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

1-01-CV-1119

**FILED**
**SCRANTON**

JUL 25 2001

PER

DEPUTY CLERK