⑧
7/31/01

22 July, 2001

From: Pharaoh O. Nkosi  # 11388-045
United States Penitentiary Pollock
P.O. Box 2099          A.K.A. (Garries v. Romine)
Pollock, LA 71467      (Re: 1:01-cv-01119)

To: Clerk of Court
U.S. District Court
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108

Subject: Change of Address

FILED
HARRISBURG
JUL 30 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Dear Clerk of Court

My name is Pharaoh O. Nkosi, A.K.A. Brian K. Garries in the matter of Garries v. Romine Re: 1:01-cv-01119.

I want to inform the court of my change of address. My new address is: Pharaoh O. Nkosi #11388-0(
United States Penitentiary Polloc
P.O. Box 2099
Pollock, LA 71467

Please sent all correspondence to this new address.

thank you very much

Pharaoh O. Nkosi A.K.A.
Brian K. Garries