## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney General, John Ashcroft
   Rm/511, Main Justice Bldg.
   10th + Constitution Ave.
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (DEPARTMENT OF JUSTICE)   B. Date of Delivery
C. Signature: X [signature] JUL 24 2001  ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 0520 0023 0166 3555

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Martin Carlson
   Acting U.S. Attorney
   P.O. Box 11754
   Harrisburg, PA 17108

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery: JUL 23 2001
C. Signature: X [signature]  ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 0520 0023 0166 3579

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Donald Romine, Warden
   USP-Lewisburg
   PO Box 1000
   Lewisburg, PA 17837
   (1:CV-01-1119)

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): 6 Afflees   B. Date of Delivery: 7-23-01
C. Signature: X [signature]  ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 0520 0023 0166 3562

PS Form 3811, July 1999   Domestic Return Receipt

---

FILED
HARRISBURG, PA
AUG 07 2001
MARY E. D'ANDREA, CLE[RK]
Per [signature] Deputy Clerk

1-CV-01-11
Show Ca[use]
O.
7-19-01