JUDGE'S COPY    // copy

to: Clerk of Court
U.S. District Court
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108

9 Aug 2001

FILED
HARRISBURG
AUG 14 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Subject: Notice of Change of Address

Dear: Sir/Maam

My name is Pharaoh O. Nkosi #11388-045 in the matter of Pharaoh O. Nkosi A.K.A. Garries V. Romine Re: 1:01-CV-01119. I am informing the court of my new Address: Pharaoh O. Nkosi #11388-
United States Penitentiary Poll[ock]
P.O. Box 2099
Pollock, LA 71467

this was a non-disciplinary/involuntary move on behalf of U.S.P Lewisburg. Please send all Legal Correspondence in the matter of Nkosi/Garries Re: 1:01-CV-01119 Garries V. Romine to this new Address

thank you very much

Pharaoh O. Nkosi #11388
United States Penitentiary
Pollock. P.O. Box 2099
Pollock, LA 71467