ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN K. GARRIES, a/k/a, :
Pharaoh O. Nkosi, :
    Petitioner :
 :
v. : Civil No. 1:CV-01-1119
 : (Kane, J.)
DONALD ROMINE, Warden, :
    Respondent :

### AMENDED CERTIFICATE OF SERVICE BY MAIL[1]

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on September 18, 2001, she served a copy of

**GOVERNMENT'S RESPONSE TO
THE PETITION FOR WRIT OF HABEAS CORPUS**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Pharaoh O. Nkosi
Reg. No. 11388-045
USP Pollack
P.O. Box 2099
Pollack, LA 71467

_____
SHELLEY L. GRANT
Paralegal Specialist

---

[1] The Government's Response to the Petition for Writ of Habeas Corpus was returned to sender by USP Pollock due to the inmate's name and register number not matching. The response is being served today using Garries' alias Pharaoh O. Nkosi.