

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN K. GARRIES, a/k/a, :
Pharaoh O. Nkosi :
    Petitioner : CIVIL NO. 1:CV-01-1119
     :
  v. : (Judge Kane)
     :
DONALD ROMINE, Warden, :
     :
    Respondent :

FILED
HARRISBURG, PA

OCT - 1 2001

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

O R D E R

NOW, THIS 1st DAY OF OCTOBER, 2001, upon consideration of the petitioner's motion to supplement his pleadings, IT IS HEREBY ORDERED THAT said motion, (Doc. No. 13) is dismissed as moot, as such supplemental pleading has already been received and responded to by the respondents in their response to the petition for writ of habeas corpus. (See Doc. No. 14).

                        YVETTE KANE
                        United States District Judge

YK:dlb

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

October 1, 2001

Re: 1:01-cv-01119    Garries v. Romine

True and correct copies of the attached were mailed by the clerk to the following:

Brian K. Garries
USP-Pollack
#11388-045
PO Box 2099
Pollack, LA  71467

Matthew E. Haggerty, Esq.
Office of U.S. Attorney
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108-1754

```
cc:
Judge                         (✓)           (✓) Pro Se Law Clerk
Magistrate Judge              ( )           ( ) INS
U.S. Marshal                  ( )           ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct. Reporter                  ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen  ( )
                                        DA of County  ( )   Respondents  ( )

Bankruptcy Court              ( )
Other_____ ( )
```

MARY E. D'ANDREA, Clerk

10-1-01