Pharaoh O. Nkosi
#11388-045
USP/POLLOCK
P.O. BOX 2099
POLLOCK, LA 71467-2099

JUDGE'S COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVIANIA

BRIAN K. GARRIES, a/k/a, §
Pharaoh O. Nkosi,
    Petitioner, §

VS.     CIVIL ACTION NO: 1:CV-01-1119
DONALD ROMINE, Warden, §
    Respondent §

FILED
OCT 0 2 2001
PER _____
HARRISBURG, PA.  DEPUTY

## EXTENSION OF TIME

COMES NOW BRIAN K. GARRIES, pro se and respectfully moves this honorable court for a 15-day extension of time to reply to the government's response to petitioner's writ of habeas corpus (2241).

The extension of time is needed so that petitioner can petition the government (AUSA) Shelly Grant, for a complete copy of government response. The response petitioner received from the government on 9-21-01, in the above named and numbered causes is deficient in that the brief of government is missing pages 3 and 4, therefore petitioner can not properly respond to governments response without knowledge of what the missing pages consist of.

This motion is not made for the purpose of delay, but to insure that justice be served.

WHEREFORE PETITIONER, prays this Court to grant a 15-day extension of time so that petitioner can obtain the missing pages from the government's response as answered by AUSA SHELLY GRANT. See attached correspondence.

Respectfully Submitted,

*[signature]*

25 Sept 01

2.