*see att*

18 pm
10/10/01

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN K. GARRIES, a/k/a, :
Pharaoh O. Nkosi :
    Petitioner : CIVIL NO. 1:CV-01-1119
     :
v. : (Judge Kane)
     :
DONALD ROMINE, Warden, :
     :
    Respondent :

FILED
HARRISBURG, PA

OCT 0 9 2001

MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

O R D E R

NOW, THIS 9th DAY OF OCTOBER, 2001, upon consideration of the petitioner's motion for enlargement of time within which to file a traverse, IT IS HEREBY ORDERED THAT said motion, (Doc. No. 17) is granted. Petitioner shall file his traverse on or before October 20, 2001.

_____
YVETTE KANE
United States District Judge

YK:dlb

```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                          October 9, 2001


    Re:  1:01-cv-01119    Garries v. Romine



    True and correct copies of the attached were mailed by the clerk
    to the following:


        Brian K. Garries
        USP-Pollack
        #11388-045
        PO Box 2099
        Pollack, LA  71467

        Matthew E. Haggerty, Esq.
        Office of U.S. Attorney
        228 Walnut Street
        P.O. Box 11754
        Harrisburg, PA  17108-1754




cc:
Judge                           ( / )              ( ) Pro Se Law Clerk
Magistrate Judge                ( )                ( ) INS
U.S. Marshal                    ( )                ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to: US Atty Gen  ( )   PA Atty Gen ( )
                                         DA of County ( )   Respondents ( )
Bankruptcy Court                ( )
Other_____  ( )
                                              MARY E. D'ANDREA, Clerk
```

DATE: _____10-9-01_____          BY: _/s/_____
                                          Deputy Clerk